UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:15-CV-60914-DIMITROULEAS-SNOW

MICHAEL LABOON, as an individual and on behalf of all others similarly situated,

 *Plaintiff*,

*vs.*

UNILEVER UNITED STATES, INC., a Delaware corporation, and PEPSICO, INC., a North Carolina corporation,

 *Defendants*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff, individually, by and through his undersigned counsel, and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 30, 2015   EGGNATZ, LOPATIN & PASCUCCI, LLP

           */s/ Joshua H. Eggnatz*
           By: Joshua H. Eggnatz
           Attorneys for Plaintiff

Dated:  June 30, 2015                         GIBSON, DUNN & CRUTCHER LLP


*/s/ Timothy W. Loose*
By:     Timothy W. Loose
Attorneys for Defendants

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30th day of June, 2015**, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

/s/   Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.